**No. 52121.**—W. T. Grant Co. *v.* United States, protests 904717–G (B), etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52122.**—Thos. D. Toy & Co. et al. *v.* United States, protests 88802–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52123.**—Allied Purchasing Corp. et al. *v.* United States, protests 98854–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52124.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 101927–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 14, 1948

**No. 52125.**—SUIT 4574.—*United States* v. *Western Operating Corp.*—C. D. 1036 affirmed November 29, 1947. C. A. D. 373.